1
2
3
4
5
6
7
8                          United States District Court
9                          Eastern District of California
10
11
12  James D. Maciel,
13          Plaintiff,                    No. Civ. S 02-0473 MCE PAN P
14      vs.                               Order
15  Ana Ramirez Palmer, et al.,
16          Defendants.
17                                -oOo-
18      April 27, 2005, plaintiff moved to stay these proceedings on
19  the ground prison officials do not afford him sufficient access
20  to his legal materials.
21      Defendants opposed May 4, 2005, submitting the declaration
22  of officer Hurl showing plaintiff has received access to his
23  legal materials on numerous occasions and will continue to
24  receive such access if he complies with procedural requirements.
25      Plaintiff did not reply.
26      Good cause appearing, plaintiff's April 27, 2005, motion to

1  stay these proceedings is denied.
2      So ordered.
3      Dated:  May 31, 2005.

                                     /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge