IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,                           No. CIV-S-02-0473 MCE/PAN P

      Plaintiff,

  v.                                       <u>ORDER</u>

ANA RAMIREZ PALMER, ET AL,

      Defendants.
_____/

    On June 14, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 1, 2005, denying plaintiff's motion to stay proceedings.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the order of the magistrate judge filed June 1, 2005, is
3 affirmed.
4 DATE: June 23, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE