United States District Court

Eastern District of California

James D. Maciel,

    Plaintiff,                                Civ. No. S 02-0473 MCE PAN P

  vs.                                         Order on Request for Counsel

Ana Ramirez Palmer, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis seeking redress for alleged violation of his federal civil rights.

    Plaintiff moved April 27, 2005, to stay the proceedings or for an order requiring defendants provide access to his legal materials. The court denied the motion June 1, 2005, and the district judge denied reconsideration of that ruling June 23, 2005.

    June 23, 2005, defendants moved to dismiss for plaintiff's

1  failure to respond to discovery.  August 1, 2005, plaintiff
2  requested the court stay the proceedings and appoint counsel.
3      Counsel will not be appointed for the reasons explained in
4  the court's October 31, 2003, order.
5      Good cause appearing, plaintiff's August 1, 2005, motion to
6  stay proceedings and appoint counsel is denied.  Plaintiff may
7  oppose defendant's motion to dismiss within 20 days; defendants
8  may reply within 10 days thereafter.  The court will address the
9  motion on the merits in light of the record concerning
10 plaintiff's claimed lack of access to his legal materials.
11     Dated:  August 30, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge