IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,                          No. CIV-S-02-0473 MCE/PAN P

       Plaintiff,

  v.                                      ORDER

ANA RAMIREZ PALMER, ET AL.,

       Defendants.
_____/

    On September 19, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 31, 2005, denying plaintiff's August 1, 2005, motion to stay proceedings and appoint counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the order of the magistrate judge filed August 31, 2005, is
3 affirmed.
4 DATE: September 29, 2005

```
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
```

2