United States District Court

Eastern District of California

James D. Maciel,

      Plaintiff,　　　　　　　　　　No. Civ. S 02-0473 MCE PAN P

  vs.　　　　　　　　　　　　　　Order

Ana Ramirez Palmer, et al.,

      Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made March 8, 2005, plaintiff's pretrial statement was due November 25, 2005, defendants' pretrial statement was due December 9, 2005, pretrial conference was set for December 16, 2005, and trial is set for

///
///
///
///

1  March 7, 2006.  Since defendants' motion to dismiss for failure
2  to respond to discovery is pending, the above dates are vacated.
3      So ordered.
4      Dated:  February 7, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge