United States District Court

Eastern District of California

James D. Maciel,

     Plaintiff,　　　　　　　　　　No. Civ. S 02-0473 MCE PAN P

  vs.　　　　　　　　　　　　　　Order

Ana Ramirez Palmer, et al.,

     Defendants.

-oOo-

Good cause appearing, the court hereby orders that the deadline for completing discovery, as set forth in the March 8, 2005, scheduling order, is extended to June 1, 2006. The deadline to file and serve dispositive motions is extended to August 1, 2006.

Dated: February 14, 2006.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge