IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,                       No. CIV S-02-0473 MCE PAN P

  vs.

ANA RAMIREZ-PALMER, et al.,

    Defendants.              <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2005 and November 7, 2005, plaintiff filed requests for extensions of time to oppose defendants' motion to dismiss. On November 21, 2005, plaintiff filed a response in opposition to the motion to dismiss. On November 23, 2005, plaintiff filed a request for leave of court to supplement his opposition. On December 12, 2005, plaintiff filed a response to defendants' reply to plaintiff's opposition.

        On December 14, 2005, defendants filed a motion to strike plaintiff's surreply filed December 12, 2005.

        Good cause appearing, plaintiff's requests for extension will be granted and his request for leave of court to supplement his opposition will also be granted. Defendants' motion to strike plaintiff's December 12, 2005 filing will be denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 13, 2005, November 7, 2005 and November 23, 2005 requests are granted;

2. Plaintiff's December 12, 2005 filing is construed as a supplemental opposition to the motion to dismiss; and

3. Defendants' December 14, 2005 motion to strike is denied.

DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; maci0473.str