IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,                    No. CIV S-02-0473 MCE PAN P

    vs.

ANA RAMIREZ-PALMER, et al.,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2006, defendants filed a renewed motion for a court-ordered physical examination of plaintiff pursuant to Fed. R. Civ. P. 35. Defendants also seek an order shortening time for ruling on the motion. In accordance with the court's order filed September 19, 2003, plaintiff's response to defendants' motion is due on or before March 31, 2006. (Order filed September 19, 2003, at ¶ 7.) Defendants' request for an order shortening time is denied.

/////

/////

/////

/////

/////

1

1 | The court will rule on defendants' March 10, 2006 motion after the time for plaintiff to file a
2 | response has passed.
3 |        IT IS SO ORDERED.
4 | DATED: March 21, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

12
maci0473.ost