IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

      Plaintiff,                      No. CIV S-02-0473 MCE PAN P

     vs.

ANA RAMIREZ-PALMER, et al.,

      Defendants.                 ORDER

_____/

Plaintiff has requested an extension of time to file and serve objections to the June 16, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 21, 2006 application for an extension of time is granted; and

      2. Plaintiff is granted **fifteen** days from the date of this order in which to file and serve objections to the June 16, 2006 findings and recommendations. No further extensions of time will be granted for any reason.

DATED: July 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
maci0473.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26