IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,                                            No. 2:02-cv-0473-MCE-PAN-P

    Plaintiff,

  v.                                                                   ORDER

ANA RAMIREZ-PALMER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983.  Judgment was entered in this action on August 28, 2006.  On September 29, 2006, Plaintiff filed a Notice of Appeal and, on October 10, 2006, a Motion for Leave to Proceed in Forma Pauperis on Appeal.

    The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

///

///

1

1  Fed. R. App. P. 24(a).  This Court has not certified that Plaintiff's appeal is not taken in good
2  faith and has not otherwise found that Plaintiff is not entitled to proceed on appeal in forma
3  pauperis.  Accordingly, Plaintiff's Motion for Leave to Proceed in Forma Pauperis on Appeal
4  will be denied as unnecessary.
5       In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's October 10,
6  2006, Motion to Proceed in Forma Pauperis on Appeal is denied as unnecessary.  See Fed. R.
7  App. P. 24(a).
8  DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE